■ In the Matter of MOREDALL REALTY CORPORATION et al., Appellants. ISADOR LUBIN, as Industrial Commissioner, Respondent.— Motion for reargument, or, in the alternative, for permission to appeal to the Court of Appeals denied. (See *Matter of Restaurants Longchamps* v. *O'Connell*, 296 N. Y. 239; see, also, Civ. Prac. Act, § 589, subd. 2, as added by L. 1952, ch. 251.) Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ. [See 2 A D 2d 949.]

■ In the Matter of the Claim of VIRGINIA PIERORAZIO, on Behalf of Herself and Minor Children, Respondent, against MILDRED PETTIGNANO et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for permission to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ. [See *ante*, p. 616.]

■ GAYNELL W. ROEDEL, Respondent, v. EMIL F. ROEDEL, Appellant.— Motion for reargument, or, in the alternative, for permission to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson JJ. [See *ante*, p. 623.]

■ In the Matter of WILLIAM H. YOUNG et al., Individually and as Copartners Doing Business under the Name of ADAMS & PORTER, Petitioners, against GEORGE M. BRAGALINI et al., Constituting the State Tax Commission of the State of New York, Respondents. In the Matter of WILLIAM H. YOUNG, Petitioner, against GEORGE M. BRAGALINI et al., Constituting the State Tax Commission of the State of New York, Respondents. In the Matter of JOHN ADAMS, Petitioner, against GEORGE M. BRAGALINI et al., Constituting the State Tax Commission of the State of New York, Respondents.— Motion for reargument denied. Motion for permission to appeal to the Court of Appeals granted, without costs. In preparing order refer to regulations affecting orders. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ. [See *ante*, p. 50.]

## FOURTH DEPARTMENT, JANUARY, 1957

### (January 9, 1957)

■ GEORGE COLON CONTRACTING CORPORATION, Appellant, v. JOSEPH J. MORRISON et al., Constituting the Watertown Housing Authority, Respondents. — Motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Vaughan, Kimball and Williams, JJ. [See 2 A D 2d 869.]

■ JOSEPH MARRONE, Appellant, v. URBANA WINE CO., INC., Respondent. — Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Vaughan, Kimball, Williams and Bastow, JJ. [See 2 A D 2d 954.]

■ EDWARD BOGOM, Appellant, v. DAVID M. WAGNER, Respondent.— Motion for reargument denied, with $10 costs. Present — McCurn, P. J., Vaughan, Kimball, Williams and Bastow, JJ. [See 2 A D 2d 955.]

■ GENERAL ICE CREAM CORPORATION, Respondent, v. ANNA M. FRANZ, Appellant. STANLEY F. LUDIAN, Respondent, v. ANNA M. FRANZ, Appellant.— Appeal dismissed, without costs, upon stipulation.

■ RALPH J. ANDIA, Plaintiff, v. ELAM BROS. CORP. et al., Defendants. MABEL E. ANDIA, Plaintiff, v. ELAM BROS. CORP. et al., Defendants.— Appeal dismissed, without costs, upon stipulation.

■ In the Matter of EDMOND DE RUYTER et al., Petitioners, against ROY MASON et al., Respondents.— Appeal dismissed, without costs, upon stipulation.

■ JOSEPH FASANO, Appellant, v. JOSEPH P. RUSSO et al., Respondents.— Appeal dismissed, without costs, upon stipulation.